UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD STOKES,

        Plaintiff(s),

v.

METRO TRANSIT POLICE, et al.,

        Defendant(s).

NO. C09-105MJP

ORDER DISMISSING CERTAIN CLAIMS AND DECLINING JURISDICTION OVER STATE LAW CLAIMS

The above-entitled Court has received and reviewed the Stipulation and Proposed Order (Dkt. No. 16) submitted by the parties. The stipulation contains both sides' mutual agreement to dismiss all of Plaintiff's claims in this matter with the exception of a sole claim of negligence against the King County Department of Transportation - Metro Transit Division.

IT IS ORDERED that, pursuant to agreement of the parties, Plaintiff Richard Stokes' claims against Metro Transit Police, Baldev Sandhu and Deputy Corey Marcotte as set forth in his Complaint in the above-entitled matter, including individual claims for alleged violations of the Fourth and Fourteenth Amendments by Deputy Corey Marcotte brought under 42 U.S. C. § 1983; alleged violations of the Washington State Constitution, Article 1, Section 3 and Washington State statute, RCW49.60.030 by Deputy Corey Marcotte; common law claims of alleged assault and battery, outrage and negligence by Deputy Corey Marcotte; individual common law claims of alleged outrage and negligence by Baldev Sandhu; and all constitutional or common law claims against Metro Transit Police, are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff Richard Stokes retains a sole claim of negligence against King County Department of Transportation - Metro Transit Division.

**ORDER ON CLASS
CERT DEADLINE - 1**

IT IS FURTHER ORDERED that, as there are no federal claims remaining and no diversity jurisdiction appearing from the face of the Complaint, the Court declines to exercise supplemental jurisdiction over the state law claim in this matter and orders the case REMANDED to state court for adjudication of Plaintiff's remaining cause of action.

The clerk is ordered to provide copies of this order to all counsel.

Dated: October 26, 2009

/s/ Marsha J. Pechman
Marsha J. Pechman
U.S. District Judge

**ORDER ON CLASS
CERT DEADLINE - 2**